**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \| |
| | \| |
| **Plaintiff,** | \| |
| | \| **CASE NO. 2:24-PO-00062** |
| **v.** | \| |
| | \| **MAGISTRATE JUDGE JOLSON** |
| | \| |
| **SMITH, CHRISTIAN,** | \| |
| | \| |
| **Defendant.** | \| |
| | \| |

## <u>ORDER</u>

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is **DISMISSED**.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

10/29/2024
**DATE**